AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

| | |
|---|---|
| United States of America<br>v.<br><br>MARIO CORTES-ALVAREZ<br>*Defendant* | )<br>)<br>)    Case No.  2:24-mj-00378-MDC<br>)<br>)<br>) |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>before: Magistrate Judge Daniel J. Albregts. | Courtroom No.: | 3A |
|---|---|---|---|
| | | Date and Time: | April 22, 2024, at 2:30 PM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:    April 19, 2024

_____
*Judge's signature*

NANCY J. KOPPE, United States Magistrate Judge
*Printed name and title*



_X_ FILED                    ___ RECEIVED
___ ENTERED                  ___ SERVED ON
             COUNSEL/PARTIES OF RECORD

APR 19, 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY